SAMUEL DIAMANT (SBN #288738)
*sdiamant@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

OLIVIA A. RADIN (*pro hac vice submitted herewith*)
*oradin@kslaw.com*
LAURA HARRIS (*pro hac vice submitted herewith*)
*lharris@kslaw.com*
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

*Attorneys for Plaintiff*
GOOGLE IRELAND LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE IRELAND LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>OOO GOOGLE,<br><br>    Defendant. | Case No. 5:25-cv-00851<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Google Ireland Limited ("Google Ireland"), files this Administrative Motion to Consider Whether Cases Should Be Related. Google Ireland respectfully submits that the action titled *Google Ireland Limited v. OOO Google*, Case No. 5:25-cv-00851 (complaint filed January 24, 2025) should be related to *Google LLC v. NAO Tsargrad Media*, No. 5:24-cv-05423 ("*Tsargrad*") and related cases *Google LLC v. ANO TV-Novosti* (Case No. 5:24-cv-05426) ("*TV-Novosti*") and *Google LLC v. NO Fond Pravoslavnogo Televideniya* (Case No. 5:24-cv-05428) ("NFPT") (collectively with *Tsargrad*, the "*Tsargrad* Related Cases").[1]

Civil Local Rule 3-12(a) provides that an action is related to another when "(1) [t]he actions concern substantially the same … property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These criteria are met here.

*First*, the actions "concern substantially the same … property, transaction, or event." *See* Civ. L. R. 3-12(a)(1). In the *Tsargrad* Related Cases, powerful Russian institutions sued Google LLC ("Google"), Google Ireland, and OOO Google ("Google Russia") in Russia in violation of binding forum-selection clauses. They obtained judgments—which included compounding fines called "*astreintes*"—over the objections of the Google entities and in violation of, *inter alia*, the forum-selection clauses in the Google Terms of Service (the "Astreinte Judgments"). Google Russia was driven into bankruptcy in Russia following an asset seizure to enforce the Astreinte Judgments at issue in *Tsargrad* (the "Bankruptcy") and is under the control of a court-appointed liquidator (the "Liquidator"). Aided by their counsel, Art de Lex, the Defendants in the *Tsargrad* Related Cases have sought to enforce their Astreinte Judgments outside Russia in various jurisdictions worldwide. In addition, they have also sought to enforce their Astreinte Judgments in the Bankruptcy. They are aided in that effort by the Liquidator, who is also represented by Art de Lex. Google is currently seeking to enjoin enforcement of the Astreinte Judgments by the

---

[1] On November 25, 2024, the Court consolidated the three above-captioned actions for all purposes before trial under the *Tsargrad* docket. *See Tsargrad* Dkt. 80.

1  Defendants in the *Tsargrad* Related Cases pending before the Honorable Edward J. Davila.

2       This litigation relates to new claims brought by the Liquidator, on behalf of Google Russia, in breach of the forum-selection clauses of certain reseller agreements between Google Ireland and Google Russia (the "RSAs"). The new claims were filed in the Bankruptcy and seek to recover funds for the benefit of the same Astreinte Judgment holders: the Liquidator is seeking a $1.3 billion "clawback" judgment against Google Ireland and to hold Google Ireland and others responsible for all of Google Russia's debts, including the Astreinte Judgments. This litigation violates the parties' agreement, as set forth in the RSAs, to resolve all disputes relating to the RSAs through arbitration in Santa Clara County, California. Google Ireland believes that if the Liquidator is successful in obtaining Russian court judgments, he will seek to enforce outside of Russia in collaboration with Art de Lex, just as the Defendants in the *Tsargrad* Related Cases did. Almost the entirety of any amount collected will be paid to Astreinte Judgment holders. Google Ireland therefore seeks to enjoin Google Russia from proceeding with these claims and vindicate its contractual right to arbitrate. These claims are part of a continued effort to retaliate against and seize the assets of Google entities in Russia. In sum, this case and the *Tsargrad* Related Cases involve the same property (given the relief sought in the RSA Secondary Liability Claims, and the fact that almost all funds collected would be paid to Astreinte Judgement holders) and events (Russia's ongoing global campaign against the Google entities and related litigation in Russia).

     *Second*, if these two cases are not related, there will be a "burdensome duplication of labor" and potentially "conflicting results if the cases are conducted before different Judges," *see* Civ. L. R. 3-12(a)(2), because the actions address the same or similar underlying facts, concern similar legal theories, and will require the Court to determine issues of injunctive relief "to prevent irreparable injury" to the Google entities, *see Golden Gate Rest. Ass'n v. City & Cty. of San Francisco*, 512 F.3d 1112, 1116 (9th Cir. 2008), and/or the application of the Ninth Circuit's anti-suit injunction test set forth in *Seattle Totems Hockey Club, Inc. v. Nat'l Hockey League*, 652 F.2d 852, 855 (9th Cir. 1981). In the *Tsargrad* Related Cases, the parties have briefed Google's Motion for Preliminary Injunction and will be submitting supplemental briefs by February 14, 2025 in advance of a hearing

on March 5, 2025 before Judge Davila. *See Google LLC v. NAO Tsargrad Media, et al.*, No. 5:24-cv-05423, Dkt. 115. Under the circumstances, the assignment of Google Ireland's claims in this action to another judge would risk conflicting results and place a burden on the Court.

For these reasons, Google Ireland respectfully requests that this Court enter an order relating *Google Ireland Limited v. OOO Google*, Case No. 5:25-cv-00851 (complaint filed January 24, 2025) to *Google LLC v. NAO Tsargrad Media*, No. 5:24-cv-05423 and its related cases *Google LLC v. ANO TV-Novosti* (Case No. 5:24-cv-05426) and *Google LLC v. NO Fond Pravoslavnogo Televideniya* (Case No. 5:24-cv-05428).

Dated: January 24, 2025                                      KING & SPALDING LLP


By: */s/ Samuel Diamant*
OLIVIA A. RADIN
LAURA E. HARRIS
SAMUEL DIAMANT

*Attorneys for Plaintiff*
GOOGLE IRELAND LIMITED