SAMUEL DIAMANT (SBN # 288738)
*sdiamant@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    (415) 318-1200
Facsimile:    (415) 318-1300

OLIVIA A. RADIN (*pro hac vice submitted herewith*)
*oradin@kslaw.com*
LAURA HARRIS (*pro hac vice submitted herewith*)
*lharris@kslaw.com*
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

*Attorneys for Plaintiff*
GOOGLE IRELAND LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE IRELAND LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OOO GOOGLE,<br><br>　　　　　Defendant. | Case No. 5:25-cv-00851<br><br>**DECLARATION OF OLIVIA A. RADIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

I, Olivia A. Radin, hereby declare as follows:

1. I am an adult, over the age of 18 years. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated in this declaration.

2. I am an attorney in the law firm of King & Spalding LLP, which represents Plaintiff Google Ireland Limited ("Google Ireland"). I make this declaration in support of Google Ireland's Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12(b) and 7-11 (the "Administrative Motion").

3. Google Ireland was unable to obtain a stipulation under Local Rule 7-12 because it is filing this Administrative Motion with its case-opening documents and thus OOO Google has not been served and has not made appearances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2025 in San Francisco, California.

_____
OLIVIA A. RADIN