# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE IRELAND LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OOO GOOGLE,<br><br>　　　　Defendant. | Case No.: 5:25-cv-00851<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

[PROPOSED] ORDER GRANTING
MOTION TO RELATE

CASE NO.: 5:25-CV-00851

1  Plaintiff Google Ireland Limited ("Google Ireland") filed an Administrative Motion to
2  Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12(b) and 7-11 (the
3  "Administrative Motion") for an Order relating the instant action *Google Ireland Limited v. OOO*
4  *Google*, No. 5:25-cv-00851 (complaint filed January 24, 2025) with the actions titled *Google LLC*
5  *v. NAO Tsargrad Media* (No. 5:24-cv-05423), *Google LLC v. ANO TV-Novosti* (Case No. 5:24-
6  cv-05426), and *Google LLC v. NO Fond Pravoslavnogo Televideniya* (Case No. 5:24-cv-05428).
7  Having considered Google Ireland's Administrative Motion, and good cause appearing,
8  Google Ireland's Administrative Motion is hereby **GRANTED** and the above cases are
9  **RELATED**.

**IT IS SO ORDERED.**

DATED: _____

UNITED STATES DISTRICT JUDGE