OLIVIA A. RADIN (*pro hac vice*)
 oradin@kslaw.com
LAURA E. HARRIS (*pro hac vice*)
 lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone:    (212) 556-2100
Facsimile:    (212) 556-2222

DAVID K. WILLINGHAM (SBN # 198874)
 dwillingham@kslaw.com
SAMUEL DIAMANT (SBN # 288738)
 sdiamant@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    (415) 318-1200
Facsimile:    (415) 318-1300

*Attorneys for Plaintiff*
GOOGLE IRELAND LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE IRELAND LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>OOO GOOGLE,<br><br>            Defendant. | Case No. 5:25-cv-00851-EJD<br><br>**PLAINTIFF GOOGLE IRELAND LIMITED'S RESPONSE TO COURT'S ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

**RESPONSE TO COURT'S ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

On September 29, 2025, the Court entered an Order Granting Motion for Default Judgment, Dkt. 64, which awarded Plaintiff Google Ireland Limited ("Google Ireland") attorneys' fees and costs but deferred ruling on the amount pending a motion for attorneys' fees. *Id.* at 5. Google Ireland responds that it is not seeking attorneys' fees and costs at this time.

Dated: October 14, 2025                                  Respectfully submitted,

                                                         KING & SPALDING LLP

                                                         By:    */s/ Olivia A. Radin*
                                                         OLIVIA A. RADIN
                                                         DAVID K. WILLINGHAM
                                                         LAURA E. HARRIS
                                                         SAMUEL DIAMANT

                                                         *Attorneys for Plaintiff*
                                                         GOOGLE IRELAND LIMITED